No. 511, Misc.  MANIGO *v.* NEW YORK CITY HOUSING AUTHORITY.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.  *Nancy E. LeBlanc* for petitioner. *Harry Levy* and *Harold Weintraub* for respondent.

Nos. 414, Misc., and 422, Misc.  JUVERA *v.* UNITED STATES.   C. A. 9th Cir.  Certiorari denied.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Jerome M. Feit* and *Marshall Tamor Golding* for the United States in both cases.

No. 559, Misc.  TERLIKOWSKI *v.* UNITED STATES; and No. 716, Misc.  SLAWEK *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States in both cases.  Reported below: 379 F. 2d 501.

No. 594, Misc.  BROWN *v.* CIRCUIT COURT OF ST. LOUIS COUNTY.  Sup. Ct. Mo.  Certiorari denied.

No. 600, Misc.  WULAND *v.* FREY.  C. A. 7th Cir. Certiorari denied.

No. 630, Misc.  SIMPSON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Acting Solicitor General Spritzer* for the United States.

No. 634, Misc.  O'MALLEY *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  *Robert H. Reiter* for petitioner.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Jerome Feit* and *Robert G. Maysack* for the United States.